UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alejandro Guerrero    JOINT DEBTOR: Carol Guerrero    CASE NO.: _____
Last Four Digits of SS# 8869    Last Four Digits of SS# 5390

MONTHLY PLAN PAYMENT: Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 135.00 for months 1 to 60 ;
B. $ _____ for months _____ to _____ ;
C. $ _____ for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fees and Costs - $ 5650    TOTAL PAID $ 1950.00
Balance Due $ 3700.00    payable $ 112.12 /month (Months 1 to 33 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months __ to __)
_____    Regular Payment $ _____ /month (Months __ to __)
Account No: _____

2. _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months __ to __)
_____    Regular Payment $ _____ /month (Months __ to __)
Account No: _____

3. _____    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment $ _____ /month (Months __ to __)
_____    Regular Payment $ _____ /month (Months __ to __)
Account No: _____

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| BankAtlantic II | $180,000 7783 SW 158 Pl Miami FL $ | 0% | $ 0 | 1 / 60 To | $ 0.00 |
| | $ | % | $ | To | |
| | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $ _____
   Payable $ _____ /month (Months __ to __)
   Regular Payment $ _____
2. _____    Total Due $ _____
   Payable $ _____ /month (Months __ to __)
   Regular Payment $ _____

Unsecured Creditors: Pay $ 9.38 /month (Months 1 to 33 and pay $ 21.50 /month (Months 34 to 60 ).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: BAC Home Loans for 1st Mtg to be paid direct. Debtor surrenders any interest in 8700 SW 133 Ave Rd #138 84 SW 90 Ave #1115, 13864 SW 90 Ave U106, 8700 SW 133 Ave Rd 311 to BAC Home Horizon West POA Residences at the Falls

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X Alejandro Guerrero    X _____
Debtor    Joint Debtor
Date: 3/19/10    Date: 3/19/10

LF-31 (rev. 01/08/10)

*Reyes & Calas-Johnson, PA, attorneys for Debtor, 782 NW 42 Ave., #447, Miami, FL 33126 (305) 476-1900*